**Electronically Filed**
**Supreme Court**
**SCWC-13-0000086**
**04-FEB-2015**
**12:54 PM**

SCWC-13-0000086

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JUNE-JUNE MAS ABDON,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000086; CR. NO. 12-1-0636)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant June-June Mas Abdon's

Application for Writ of Certiorari filed on December 22, 2014, is

hereby accepted and will be scheduled for oral argument. The parties

will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 4, 2015.

Phyllis J. Hironaka
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

